# UNITED STATES
## v.
# JOHN WHIPPLE

## 1808

### JOURNAL ENTRIES

1. Postponement . . . . . . . . . . *Journal, infra,* *p. 135
2. Rule for recognizance . . . . . . . . . . " 158
3. Recognizance . . . . . . . . . . . . . " 161
4. Plea . . . . . . . . . . . . . . " 177
5. Sentence; recognizance . . . . . . . . . " 180
6. Attachment ordered . . . . . . . . . . " 214
7. Rule for execution . . . . . . . . . . " 245
8. Satisfaction acknowledged . . . . . . . . " 327
9. Copy of opinion, etc., ordered transmitted . . . . " 367
10. Identity of papers transmitted . . . . . . . " 413
11. Copy of journal entry ordered transmitted . . . . " 414

PAPERS IN FILE

1. Warrant of arrest; order for recognizance . . . . *Printed in Vol. 2*
2. Opinion of one of the judges . . . . . . . "
3. Recognizance . . . . . . . . . . . "
4. Indictment . . . . . . . . . . . "
5. Capias and return . . . . . . . . . "
6. Copy of remission of fine . . . . . . . . "
7. Capias ad satisfaciendum and return . . . . . "